Dismissed and Opinion filed November 27, 2002









Dismissed and Opinion filed November 27, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00977-CV

____________

 

CAROLINE
EDGELL, Appellant

 

V.

 

MARCEL
MOLINA, M.D., Appellee

 



 

On
Appeal from the 333rd District Court

Harris
County, Texas

Trial
Court Cause No. 02-05945

 



 

M
E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed September 5,
2002.  The notice of appeal was filed on
September 12, 2002.  To date, the filing
fee of $125.00 has not been paid.  No
proper affidavit of indigence was filed with or before the notice of
appeal.  See Tex. R. App. P. 20.1.  Therefore, on October 17, 2002, the Court
issued an order stating that unless appellant paid the appellate filing fee of
$125.00 within fifteen days of the date of the order, the appeal would be
dismissed.  








The filing fee has not been paid, and appellant has not
responded to the Court=s order of October 17, 2002.

Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c).  

 

PER CURIAM

 

 

Judgment rendered and Opinion
filed November 27, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).